## AETNA INSURANCE COMPANY *v.* TRISSAL.

[No. 11,627.   Filed April 3, 1923.]

From Starke Circuit Court; *William C. Pentecost,* Judge.

Action between the Aetna Insurance Company and Julius R. Trissal.   From the judgment rendered, the former appeals.   *Affirmed.*

*Robert D. Peters,* for appellant.
*Harry C. Miller* and *F. M. Trissal,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## FINK *v.* SANDS.

[No. 11,501.   Filed April 4, 1923.]

From Whitley Circuit Court; *Arthur F. Biggs,* Judge.

Action between B. O. Fink and Alvin B. Sands.   From the judgment rendered the former appeals.   *Affirmed.*

*Whiteleather & Bloom* and *Atkinson & Husselman,* for appellant.

*Arthur H. Sapp, William F. McNagny, Rob R. McNagny* and *Phil M. McNagny,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## SAPERSTINE ET AL. *v.* THERMOID RUBBER COMPANY.

[No. 11,413.   Filed January 10, 1923.   Rehearing denied April 17, 1923.]

From Johnson Circuit Court; *Fremont Miller,* Judge.

Action between Ben Saperstine and others and the Thermoid Rubber Company.   From the judgment rendered, the former appeal.   *Affirmed.*

*Griffith D. Dean* and *Ellis E. Sluss,* for appellants.
*William A. Pickens, Linton A Cox, Earl R. Conder, William D. Bain* and *T. H. Cox,* for appellee.

PER CURIAM.—Judgment affirmed.